NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIDEOSHARE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Plaintiff-Appellant*

**v.**

**GOOGLE INC., A DELAWARE CORPORATION, YOUTUBE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,**
*Defendants-Appellees*

---

2016-2438

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00990-GMS, Judge Gregory M. Sleet.

---

## JUDGMENT

---

GREGORY S. DOVEL, Dovel & Luner, LLP, Santa Monica, CA, argued for plaintiff-appellant. Also represented by SIMON FRANZINI, RICHARD ELGAR LYON, III.

PAUL ALESSIO MEZZINA, King & Spalding LLP, Washington, DC, argued for defendants-appellees. Also represented by DARYL JOSEFFER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


August 16, 2017     /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court